May Term, 1860.

KECK
v.
SHAW.

(1) *Ante,* 89.

---

## KECK *v.* SHAW.

Thursday,
June 7.

APPEAL from the *Shelby* Court of Common Pleas.

*Per Curiam.*—Suit by the appellee against the appellant on a contract for the sale and delivery of some cattle. Answer in denial. Trial; verdict and judgment for the plaintiff.

No question is raised by demurrer on the pleadings. No exception was taken in the cause, nor is the evidence before us. In short, no question is presented by the record.

The judgment is affirmed with 5 per cent. damages and costs.

*L. Barbour* and *J. D. Howland*, for the appellant.